PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HORACE FORD, | ) | |
| | ) | CASE NO. 1:22CV524 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | **MEMORANDUM OF OPINION AND ORDER** |
| Defendant. | ) ) | [Regarding ECF No. 10] |

On January 31, 2023, the assigned magistrate judge issued a Report and Recommendation suggesting that the final decision of the Commissioner be vacated and remanded. See ECF No. 10.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. See 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id*.; Fed. R. Civ. Pro. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. See *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Absent objection, a district court may adopt a magistrate judge's report without review. See *Thomas*, 474 U.S. at 149.

In the instant case, objections to the Report and Recommendation were due by February

(1:22CV524)

14, 2023.  Neither party has filed an objection.  Accordingly, the Court adopts the Report and Recommendation (ECF No. 10).  The Commissioner's final decision is vacated and remanded.

    IT IS SO ORDERED.

| | |
|---|---|
| February 17, 2023 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |